MARGUERITE A. VALLIERE, as Administratrix, etc., of JOSEPH VALLIERE,

Deceased, Respondent, v. Louis Ridgway, Appellant.— Order unanimously affirmed, with costs.